UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Zinan Zhang, et al.

                Plaintiff,

v.                                         Case No.: 1:18–cv–04170
                                                      Honorable Sara L. Ellis

U.S. Department of Homeland Security, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 29, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Plaintiff having been issued an interview date, Defendants' motion for extension of time to answer or otherwise plead [11] is granted to and including 10/4/2018. Defendants motion for extension of time to answer or otherwise plead [13] is stricken as being filed in the wrong case. Status hearing reset to 10/9/2018 at 9:30 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.